Brooklyn Heights Physical Therapy, P.C., as Assignee of JENNIFER GALARZA, Respondent,
against
MVAIC, Appellant.



Appeal from a judgment of the Civil Court of the City of New York, Kings County (Pamela L. Fisher, J.), entered January 7, 2014. The judgment, entered pursuant to a decision of the same court dated March 19, 2013, after a nonjury trial, awarded plaintiff the principal sum of $5,052.68.




ORDERED that, on the court's own motion, the notice of appeal from the decision dated March 19, 2013 is deemed a premature notice of appeal from the judgment entered January 7, 2014 (see CPLR 5520 [c]); and it is further,
ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
At the commencement of a nonjury trial in this action by a provider to recover assigned first-party no-fault benefits, the parties stipulated that the sole issue was whether plaintiff had exhausted its remedies. The only witness at trial was an employee of defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC), who testified that plaintiff's assignor was not a covered person because plaintiff had not established that its remedies against the owner of the vehicle had been exhausted.
For the reasons stated in 3 Star Acupuncture, P.C., as Assignee of Jennifer Galarza v MVAIC (__ Misc 3d ___, 2016 NY Slip Op ____ [appeal No. 2013-2678 K C], decided herewith), the judgment is reversed and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: November 01, 2016